UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gary Reed and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Gary Reed, as Trustee of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Dan Olson and Chris Born, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>      Plaintiffs,<br><br>vs.<br><br>All Agape Construction Co., LLC,<br><br>      Defendant. | Civil File No.: 10-CV-2131 (PAM/JJK)<br><br><br><br>**ORDER FOR ENTRY OF MONEY JUDGMENT** |

---

  This matter came before the undersigned upon Plaintiffs' Motion for Entry of Money Judgment. This Court entered an Order on August 19, 2010 (Court Docket No. 13) finding that Plaintiffs were entitled to the records to audit for the period of March 2010 through August 2010 to determine the amounts due and owing to Plaintiffs for fringe benefit contributions.

  This matter is now before the Court upon motion by the Plaintiffs for entry of a money judgment, which included and affidavits from Plaintiffs' Fund Administrator Rod Skoog identifying the amounts determined to be due based upon the Defendant's fringe benefit reports, and an affidavit from Katrina E. Joseph identifying the amounts incurred for attorney fees and

costs related to this matter.  Defendants have been provided ten (10) days notice of this motion.  Therefore,

**IT IS HEREBY ORDERED:**

1. That in accordance with all of the previous finings and this Court's Order dated August 19, 2010, Plaintiffs Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund, Minnesota Laborers Vacation Fund, Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Minnesota Laborers Employers Cooperation and Education Trust shall have judgment against Defendant All Agape Construction Co., LLC, in the amount of $7,270.57 for fringe benefit contributions for the months of April 2010 through August 2010, $720.06 for liquidated damages, $685.88 for interest, and $5,209.75 in attorney's fees and costs.

2. In total, a money judgment in the total amount of $13,893.25 should be entered in favor of Plaintiffs and against Defendant All Agape Construction Co, LLC.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated:  June   14  , 2011.    s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge